

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-20-00042-CV

**IN THE INTEREST OF M.X.R. AND M.S.R.,**

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-000964-D1
The Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed in the trial court on December 10, 2019, but was not forwarded to this court until January 23, 2020. The reporter's record was due on December 20, 2019, ten days after the notice of appeal was filed in the trial court; however, it has not been filed. We therefore ORDER David J. Laurel, the court reporter responsible for preparing the reporter's record in this appeal, to file the reporter's record on or before **February 10, 2020.**

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court